| | |
|---|---|
| 1 | Michael H. Steinberg (CSB No. 134179) |
| 2 | (steinbergm@sullcrom.com)<br>SULLIVAN & CROMWELL LLP |
| 3 | 1888 Century Park East, Suite 2100<br>Los Angeles, California 90067-1725 |
| 4 | Telephone: (310) 712-6600<br>Facsimile: (310) 407-2674 |
| 5 | *Of Counsel:* |
| 6 | Marc De Leeuw |
| 7 | James T. Williams<br>David R. Dehoney |
| 8 | SULLIVAN & CROMWELL LLP<br>125 Broad Street |
| 9 | New York, New York 10004<br>Telephone: (212) 558-4000 |
| 10 | Facsimile: (212) 558-3588 |
| 11 | *Attorneys for Plaintiffs<br>VeriFone Israel Ltd. and* |
| 12 | *VeriFone Holdings, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND

| | |
|---|---|
| VERIFONE HOLDINGS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>        v.<br><br>HEARTLAND PAYMENT SYSTEMS, INC., a Delaware corporation,<br><br>             Defendant. | CASE NO. C09-05296 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING PENDING DEADLINES UNTIL COMPLETION OF SETTLEMENT DISCUSSIONS** |

WHEREAS, VeriFone Holdings, Inc. ("Plaintiff") and Heartland Payments Systems, Inc. ("Defendant") are currently engaged in settlement discussions and believe that it is reasonable to extend all current deadlines for a period of forty-five (45) days to avoid expending time and resources of both the Court and the parties that may become unnecessary if those discussions are successful;

WHEREAS, pursuant to Civil L.R. 6-1, the parties stipulated to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint until December 28, 2009;

WHEREAS, the Court in its November 6, 2009 Order set a deadline of January 21, 2010 for the parties to (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan, (2) file ADR certification, and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference;

WHEREAS, the Court in its November 6, 2009 Order set a deadline of February 4, 2010 for the parties to (1) file a Rule 26(f) Report, (2) complete initial disclosures, and (3) file a Case Management Statement;

WHEREAS, the Court in its November 6, 2009 Order scheduled the Initial Case Management Conference for February 11, 2010;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate that:

1. All current deadlines in this case are hereby extended for a period of forty-five (45) days.

2. Without limiting the generality of the foregoing, the following specific deadlines are extended as follows:

   a. The time for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended from December 28, 2009 to February 16, 2010.

   b. The previous deadline of January 21, 2010 for the parties to (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and the

discovery plan, (2) file ADR certification, and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference shall be extended to March 8, 2010.

   c. The previous deadline of February 4, 2010 for the parties to (1) file a Rule 26(f) Report, (2) complete initial disclosures, and (3) file a Case Management Statement shall be extended to March ~~22~~ 25, 2010.

   d. The Initial Case Management Conference with the Court currently scheduled for February 11, 2010 shall be rescheduled, ~~subject to the Court's availability~~, to ~~a mutually agreeable time during the week of March 29~~ April 1, 2010 ~~or as soon thereafter as the Court may be available~~.

   IT IS SO STIPULATED.

Dated: December 24, 2009

| | |
|---|---|
| */s/ Gregory S. Bishop* | */s/ Michael H. Steinberg* |
| Gregory S. Bishop (CSB 184680)<br>Thomas F. Fitzpatrick (CSB 194565)<br>Joseph R. Farris (CSB 263405)<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 752-3100<br>Facsimile: (650) 853-1038<br><br>*Attorneys for Defendant*<br>*Heartland Payment Systems, Inc.* | Michael H. Steinberg (CSB 134179)<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, California 90067-1725<br>Telephone: (310) 712-6600<br>Facsimile: (310) 407-2674<br><br>*Of Counsel:*<br><br>Marc De Leeuw<br>James T. Williams<br>David R. Dehoney<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br><br>*Attorneys for Plaintiffs*<br>*VeriFone Israel Ltd. and*<br>*VeriFone Holdings, Inc.* |

| | |
|---|---|
| 1 | I, Michael H. Steinberg, am the ECF User whose ID and password are being |
| 2 | used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING PENDING |
| 3 | DEADLINES UNTIL COMPLETION OF SETTLEMENT DISCUSSIONS. In compliance |
| 4 | with General Order 45, X.B., I hereby attest that Gregory S. Bishop concurred in this filing. |

*/s/ Michael H. Steinberg*
Michael H. Steinberg

\* \* \*

# ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 1/13/10 _____

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*