Michael H. Steinberg (CSB No. 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 407-2674

*Of Counsel:*

Marc De Leeuw
James T. Williams
David R. Dehoney
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Plaintiffs
VeriFone Israel Ltd. and
VeriFone Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| VERIFONE HOLDINGS, INC., a Delaware corporation, | CASE NO. C09-05296 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING PENDING DEADLINES UNTIL COMPLETION OF SETTLEMENT DISCUSSIONS** |
| v. | |
| HEARTLAND PAYMENT SYSTEMS, INC., a Delaware corporation, | |
| Defendant. | |

1   WHEREAS, VeriFone Holdings, Inc. ("Plaintiff") and Heartland Payments Systems, Inc. ("Defendant") are currently engaged in settlement discussions and believe that it is reasonable to extend all current deadlines for a period of forty-five (45) days to avoid expending time and resources of both the Court and the parties that may become unnecessary if those discussions are successful;

WHEREAS, pursuant to Civil L.R. 6-1, the parties stipulated to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint until December 28, 2009;

WHEREAS, the Court in its November 6, 2009 Order set a deadline of January 21, 2010 for the parties to (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan, (2) file ADR certification, and (3) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference;

WHEREAS, the Court in its November 6, 2009 Order set a deadline of February 4, 2010 for the parties to (1) file a Rule 26(f) Report, (2) complete initial disclosures, and (3) file a Case Management Statement;

WHEREAS, the Court in its November 6, 2009 Order scheduled the Initial Case Management Conference for February 11, 2010;

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate that:

1.   All current deadlines in this case are hereby extended for a period of forty-five (45) days.

2.   Without limiting the generality of the foregoing, the following specific deadlines are extended as follows:

   a.   The time for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended from December 28, 2009 to February 16, 2010.

   b.   The previous deadline of January 21, 2010 for the parties to (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and the

1 | discovery plan, (2) file ADR certification, and (3) file either a Stipulation to ADR Process or a
2 | Notice of Need for ADR Phone Conference shall be extended to March 8, 2010.
3 |         c.      The previous deadline of February 4, 2010 for the parties to (1) file a
4 | Rule 26(f) Report, (2) complete initial disclosures, and (3) file a Case Management Statement
5 | shall be extended to March ~~22~~ 25, 2010.
6 |         d.      The Initial Case Management Conference with the Court currently
7 | scheduled for February 11, 2010 shall be rescheduled, ~~subject to the Court's availability~~, to ~~a
8 | mutually agreeable time during the week of March 29~~ April 1, 2010 ~~or as soon thereafter as the Court
9 | may be available~~.
10 |                IT IS SO STIPULATED.
11 | Dated: December 24, 2009

 /s/ Gregory S. Bishop                             /s/ Michael H. Steinberg

Gregory S. Bishop (CSB 184680)              Michael H. Steinberg (CSB 134179)
Thomas F. Fitzpatrick (CSB 194565)          SULLIVAN & CROMWELL LLP
Joseph R. Farris (CSB 263405)               1888 Century Park East, Suite 2100
GOODWIN PROCTER LLP                         Los Angeles, California 90067-1725
135 Commonwealth Drive                      Telephone:  (310) 712-6600
Menlo Park, CA 94025                        Facsimile:  (310) 407-2674
Telephone:   (650) 752-3100
Facsimile:   (650) 853-1038                 *Of Counsel:*

*Attorneys for Defendant*                   Marc De Leeuw
*Heartland Payment Systems, Inc.*           James T. Williams
                                            David R. Dehoney
                                            SULLIVAN & CROMWELL LLP
                                            125 Broad Street
                                            New York, New York  10004
                                            Telephone:  (212) 558-4000
                                            Facsimile:  (212) 558-3588

                                            *Attorneys for Plaintiffs*
                                            *VeriFone Israel Ltd. and*
                                            *VeriFone Holdings, Inc.*

I, Michael H. Steinberg, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING PENDING DEADLINES UNTIL COMPLETION OF SETTLEMENT DISCUSSIONS.  In compliance with General Order 45, X.B., I hereby attest that Gregory S. Bishop concurred in this filing.

                                      */s/ Michael H. Steinberg*
                                      Michael H. Steinberg

\*     \*     \*

**ORDER**

1
2
3  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
4
5  Dated: _ 1/13/10 _____            _____
6                                                                    THE HONORABLE PHYLLIS J. HAMILTON
7                                                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*